```
                                                           FILED
                                                  UNITED STATES DISTRICT COURT
         IN THE UNITED STATES DISTRICT COURT           DENVER, COLORADO
              FOR THE DISTRICT OF COLORADO
                                                         APR 28 2011
```

Civil Action No. 11-cv-00368-BNB         GREGORY C. LANGHAM
                                                        CLERK

MARK OWEN BRATEN,

     Plaintiff,

v.

SELECT SECURITY/OCHOA SECURITY INC.,
PRISON HEALTH SERVICES,
KIRSTEN E. THOMPSON,
THOMAS KOHL,
BETSY RAWLS,
JAMES JENSEN, and
TIGARD POLICE DEPT.,

     Defendants.

## ORDER OF DISMISSAL

Plaintiff, Mark Owen Braten, initiated this action by filing *pro se* a Prisoner Complaint, Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, Motion to Dismiss, and letter to the Court. On March 2, 2011, Magistrate Judge Boyd N. Boland entered an order directing Mr. Braten to cure a deficiency if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Braten to submit a certified copy of his inmate trust fund account statement in support of the *in forma pauperis* motion as required pursuant to § 1915(a)(2). Mr. Braten was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

On March 14, 2011, Mr. Braten filed a letter to the Court in which he provided the

Court with a new address. On March 21, 2011, the copy of Magistrate Judge Boland's March 2 order that was mailed to Mr. Braten at the address listed in the Prisoner Complaint was returned to the Court undelivered. On March 22, 2011, Magistrate Judge Boland entered a minute order directing the clerk of the Court to mail a copy of the March 2 order to Mr. Braten at his new address and directing Mr. Braten to cure the deficiency within thirty days.

Plaintiff filed three more letters to the Court, on April 1, 4, and 21, 2011. However, Plaintiff has not cured the deficiency within the time allowed because he has failed to submit a certified copy of his inmate trust fund account statement in support of his motion seeking leave to proceed *in forma pauperis* as required pursuant to 28 U.S.C. § 1915(a)(2). Therefore, the action will be dismissed without prejudice for failure to cure the deficiency. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure the deficiency as directed. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and the Motion to Dismiss are denied as moot.

DATED at Denver, Colorado, this __28th__ day of __April__, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00368-BNB

Mark Owen Braten
2600 Center St NE
Salem, OR 97301

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on April 28, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk